IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

CROSSFIRST BANK, a Kansas Banking Corporation,

    Plaintiff,

vs.

RAY ENERGY, LLC, an Idaho Limited Liability Company, and G&G INVESTMENTS, an Idaho general partnership,

    Defendants.

Case No.17-CV-247-JHP-FHM

## OPINION AND ORDER

Plaintiff's Motion for Appointment of Receiver and for Injunctive Relief in Aid of Receivership, [Dkt. 4], and Motion to Accelerate Hearing and Shorten Deadline for Response, [Dkt. 5], have been referred to undersigned United States Magistrate Judge.

The Motion to Accelerate Hearing and Shorten Deadline for Response, [Dkt. 5], is GRANTED, as follows:

Defendants' response to the Motion for Appointment of Receiver and for Injunctive Relief in Aid of Receivership, [Dkt. 4], is due on or before May 22, 2017. A hearing is set before the undersigned on the Motion for Appointment of Receiver at 10:00 am on May 24, 2017, in Courtroom 1 on the third floor of the Page Belcher Federal Building, 333 W. 4th Street, Tulsa, Oklahoma.

Plaintiff is hereby ordered to expeditiously serve the Summons, Complaint, pending motions, and this order to Defendant.

SO ORDERED this 8th day of May, 2017.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE